```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 13957
   STEVEN R WALLACE
   DEBORAH WALLACE                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-9085    SSN XXX-XX-1248

--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/30/08 .

     2.  The case was dismissed without confirmation, 09/19/2008.

     3.  The Debtor paid a total of $     262.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE          CURRENT MORTG        .00            .00            .00
COUNTRYWIDE FINANCIAL       SECURED              .00            .00            .00
CHRYSLER FINANCIAL SVC A    SECURED VEHIC        .00            .00            .00
INTERNAL REVENUE SERVICE    PRIORITY       NOT FILED            .00            .00
FIA CARD SERVICES           UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK            UNSECURED      NOT FILED            .00            .00
CITIBANK NA                 UNSECURED      NOT FILED            .00            .00
DAVID KOBLESKI              UNSECURED      NOT FILED            .00            .00
HSBC                        UNSECURED      NOT FILED            .00            .00
HSBC                        UNSECURED      NOT FILED            .00            .00
HSBC                        UNSECURED      NOT FILED            .00            .00
NICOR GAS                   UNSECURED      NOT FILED            .00            .00
US CELLULAR                 UNSECURED      NOT FILED            .00            .00
WASHINGTON MUTUAL CARD S    UNSECURED      NOT FILED            .00            .00
COUNTRYWIDE FINANCIAL       MORTGAGE ARRE  NOT FILED            .00            .00
          Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00            .00            .00
PRINCIPAL PAID         .00          .00         .00            .00            .00
INTEREST PAID          .00          .00         .00            .00            .00
TOTAL PAID             .00          .00         .00            .00            .00
The Debtor's attorney, ILLINI LEGAL SERVICES          , was allowed $    3500.00
and was paid $   2000.00  direct and $    246.80  through the plan.

The Trustee received $     15.20 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE